AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

A.L. ARMSTRONG,

                                                       JUDGMENT IN A CIVIL CASE

                   v.

CITY OF SPOKANE

                                                       CASE NUMBER: CV-10-368-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed with prejudice.

October 28, 2010                                               JAMES R. LARSEN
*Date*                                                           *Clerk*

                                                                      s/ Virginia Reisenauer
                                                                       *(By) Deputy Clerk*
                                                                       Virginia Reisenauer